# Court of Appeals
# of the State of Georgia

ATLANTA,___August 24, 2015___

*The Court of Appeals hereby passes the following order:*

**A15D0523. SCOTT HURA v. CHRISTINA HURA.**

Scott Hura and Christina Hura were divorced in 2008 and agreed to joint legal and physical custody of their minor child. By agreement, the parties modified the divorce decree in 2012 so that Christina Hura would have primary custody and Scott Hura would have visitation every other weekend. In 2014, Christina Hura filed a complaint for modification of visitation and custody. The trial court issued a final order that requires Scott Hura to complete a number of requirements and provides for supervised visitation until these requirements are completed. Scott Hura filed this application from the trial court's order.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. Here, the trial court's order is a custody order as it affects visitation rights, and "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013). A party seeking to challenge a child custody order that affects visitation, therefore, may file a direct appeal. See *Edge v.* Edge, 290 Ga. 551, 552 (1) (722 SE2d 749) (2012). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.

Scott Hura shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_____08/24/2015_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*